IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KAREN JACKSON,                              )<br>                                                         )<br>            Plaintiff,                             )<br>                                                         )<br>vs.                                                      )<br>                                                         )<br>CATHOLIC CHARITIES of the        )<br>ARCHDIOCESE OF OMAHA, INC.,  )<br>                                                         )<br>            Defendant.                         ) | Case No. 8:15CV290<br><br>**ORDER SETTING<br>NEW TRIAL DATE** |

This case is before the court on the Stipulation for Continuance of Trial (#37) to allow the parties sufficient time to explore settlement and possible mediation. The final pretrial conference was held on October 20, 2016. The motion will be granted.

**IT IS ORDERED:**

1. The Stipulation for Continuance of Trial (#37) is granted.

2. The jury trial before Chief Judge Smith Camp is set to commence at the court's call during the week of **February 21, 2017.**

Dated this 1st day of November 2016.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge

\